UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on July 18, 2013 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): __46__

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 19th day of July, 2013.

Clerk of Court

By: s/ Lynda Hennessy
Deputy Clerk

## Case Information

Case Name & Case No.     Chevron Corporation v. Steven Donziger     1:12-MC-65
Docket No. of Appeal:     __55__
Document Appealed:     __50__

Fee Status:   Paid _X_     Due ___     Waived (IFP/CJA)___
   IFP revoked ___     Application Attached ___     IFP pending before USDJ ___

Counsel:     Retained _X_     Pro Se ___

Time Status:   Timely _X_     Untimely ___

Motion for Extension of Time:     Granted ___     Denied ___

Certificate of Appealability:     Granted ___     Denied ___     N/A _X_

State Court Papers are being sent by UPS as of: _____

APPEAL,CLOSED

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [LIVE – Version 5.1.1] (Albany)
# CIVIL DOCKET FOR CASE #: 1:12–mc–00065–lk–CFH

Chevron Corporation v. Donziger et al  
Assigned to: Lewis A. Kaplan  
Referred to: Magistrate Judge Christian F. Hummel  
Case in other court: Southern District of New York, 1:11–CV00691

Date Filed: 10/19/2012  
Date Terminated: 06/25/2013

**Plaintiff**

**Chevron Corporation**     represented by     **Randy M. Mastro**  
Gibson, Dunn Law Firm – NY Office  
200 Park Avenue  
47th Floor  
New York, NY 10166–0193  
212–351–4000  
Fax: 212–351–5219  
Email: rmastro@gibsondunn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Howard S. Hogan**  
Gibson, Dunn Law Firm – DC Office  
1050 Connecticut Avenue, N.W.  
Suite 900  
Washington, DC 20036–5306  
202–955–8500  
Fax: 202–530–9550  
Email: hhogan@gibsondunn.com  
*ATTORNEY TO BE NOTICED*

**Paul DerOhannesian , II**  
DerOhannesian, DerOhannesian Law Firm  
677 Broadway  
Suite 202  
Albany, NY 12207  
518–465–6420  
Fax: 518–427–0614  
Email: derolaw@verizon.net  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steven Donziger**     represented by     **Craig Smyser**  
Smyser, Kaplan Law Firm  
Bank of America Center  
700 Louisiana Street, Suite 2300  
Houston, TX 77002  
713–221–2300  
Fax: 713–221–2320  
Email: csmyser@skv.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jan Nielsen Little**  
Keker, Van Nest Law Firm  
633 Battery Street

San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: jlittle@kvn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Keker**
Keker, Van Nest Law Firm
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: jkeker@kvn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin W. Gray**
Maynard, O'Connor Law Firm – Albany Office
6 Tower Place
Albany, NY 12203
518–465–3553
Fax: 518–465–5845
Email: gray@maynardoconnorlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry R. Veselka**
Smyser, Kaplan Law Firm
Bank of America Center
700 Louisiana Street, Suite 2300
Houston, TX 77002
713–221–2300
Fax: 713–221–2320
Email: lveselka@skv.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcia C. Hofmann**
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415–436–9333
Fax: 415–436–9993
Email: marcia@eff.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Werdegar**
Keker, Van Nest Law Firm
633 Battery Street
San Francisco, CA 94111
415–391–5400
Fax: 415–397–7188
Email: mwerdegar@kvn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **The Law Offices of Steven R. Donziger** | represented by | **Craig Smyser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jan Nielsen Little**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John W. Keker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Justin W. Gray**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Larry R. Veselka**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Marcia C. Hofmann**<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>415–436–9333<br>Fax: 415–436–9993<br>Email: marcia@eff.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew M. Werdegar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Donziger &Associates, PLLC** | represented by | **Craig Smyser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jan Nielsen Little**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John W. Keker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

                        **Justin W. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Larry R. Veselka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **Marcia C. Hofmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **Matthew M. Werdegar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Javier Piaguaje Payaguaje**      represented by   **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **Jan Nielsen Little**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **John W. Keker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **Justin W. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **Larry R. Veselka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **Marcia C. Hofmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                        **Matthew M. Werdegar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Hugo Gerardo Camacho Naranjo**     represented by     **Craig Smyser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jan Nielsen Little**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Keker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin W. Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry R. Veselka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcia C. Hofmann**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Werdegar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2012 | 1 | MOTION to Quash Subpoena filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Civil Cover Sheet, # 2 Declaration, # 3 Proposed Order, # 4 certificate of service) Motions referred to Christian F. Hummel. (tab) (Entered: 10/22/2012) |
| 10/22/2012 | 2 | MOTION to Quash *and Motion (Memorandum of Law)* filed by JOHN DOE. (Attachments: # 1 Memorandum of Law, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Certificate of Service) Motions referred to Christian F. Hummel. (Henner, Peter) (Entered: 10/22/2012) |
| 10/23/2012 | 3 | MOTION for Limited Admission Pro Hac Vice of Marcia Hofmann Filing fee $100, receipt number 0206–2350474. filed by JOHN DOE. (Attachments: # 1 Exhibit(s) ECF Registration, # 2 Exhibit(s) Oath of Admission, # 3 Exhibit(s) Admission order, # 4 Affidavit Sponsor Affidavit) Motions referred to Christian F. Hummel. (Henner, Peter) (Attachment 4 replaced on 10/23/2012) (lah, ). (Entered: 10/23/2012) |

| | | |
|---|---|---|
| 10/24/2012 | 4 | AFFIDAVIT re 2 MOTION to Quash *and Motion (Memorandum of Law) Certificate of Service by mail of upon parties not yet linked to ECF sytem for this case* by JOHN DOE. (Henner, Peter) (Entered: 10/24/2012) |
| 11/02/2012 | 5 | MOTION for Limited Admission Pro Hac Vice of Craig Smyser Filing fee $100, receipt number 0206–2363317. filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Petition for Admission to Practice, # 2 Certificate of Good Standing, # 3 New Attorney E–Filing Registration Form, # 4 Oath on Admision, # 5 Order) Motions referred to Christian F. Hummel. (Gray, Justin) (Entered: 11/02/2012) |
| 11/02/2012 | 6 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger (Gray, Justin) (Entered: 11/02/2012) |
| 11/02/2012 | 7 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger (Gray, Justin) (Entered: 11/02/2012) |
| 11/09/2012 | 8 | AFFIDAVIT in Support re 5 MOTION for Limited Admission Pro Hac Vice of Craig Smyser Filing fee $100, receipt number 0206–2363317. filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 9 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger *of Affidavit in Support of Motion for Pro Hac Vice Admission* (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 10 | MOTION for Limited Admission Pro Hac Vice of Larry R. Veselka Filing fee $100, receipt number 0206–2369923. filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Petition, # 2 E–Filing Registration, # 3 Good Standing, # 4 Oath on Admission, # 5 Order) Motions referred to Christian F. Hummel. (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 11 | MOTION for Limited Admission Pro Hac Vice of John W. Keker Filing fee $100, receipt number 0206–2369948. filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Petition, # 2 E–Filing Registration, # 3 Good Standing, # 4 Oath, # 5 Order) Motions referred to Christian F. Hummel. (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 12 | MOTION for Limited Admission Pro Hac Vice of Matthew Mickle Werdegar Filing fee $100, receipt number 0206–2369967. filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Petition, # 2 E–Filing Registration, # 3 Good Standing, # 4 Oath, # 5 Order) Motions referred to Christian F. Hummel. (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 13 | MOTION for Limited Admission Pro Hac Vice of Jan Nielsen Little Filing fee $100, receipt number 0206–2369980. filed by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Petition, # 2 E–Filing Registration, # 3 Good Standing Certificate, # 4 Oath, # 5 Order) Motions referred to Christian F. Hummel. (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 14 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 15 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger (Gray, Justin) (Entered: 11/09/2012) |

| Date | # | Description |
|---|---|---|
| 11/09/2012 | 16 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger (Gray, Justin) (Entered: 11/09/2012) |
| 11/09/2012 | 17 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger (Gray, Justin) (Entered: 11/09/2012) |
| 11/30/2012 | 18 | Letter Motion from Justin W. Gray, Esq. for Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger requesting Conference submitted to Judge Christian F. Hummel, Magistrate . (Attachments: # 1 Affidavit Certificate of Service)(Gray, Justin) (Entered: 11/30/2012) |
| 12/11/2012 | 19 | NOTICE of Appearance by Mitchell L. Stoltz on behalf of JOHN DOE (Stoltz, Mitchell) (Entered: 12/11/2012) |
| 12/13/2012 | 20 | ORDER granting 3 Motion for Limited Admission Pro Hac Vice for Marcia C. Hofmann. Signed by Chief Judge Gary L. Sharpe on 12/13/2012. (jel, ) (Entered: 12/13/2012) |
| 12/13/2012 | 21 | ORDER granting 13 Motion for Limited Admission Pro Hac Vice for Jan Nielsen Little. Signed by Chief Judge Gary L. Sharpe on 12/13/2012. (jel, ) (Entered: 12/13/2012) |
| 12/13/2012 | 22 | ORDER granting 5 Motion for Limited Admission Pro Hac Vice for Craig Smyser. Signed by Chief Judge Gary L. Sharpe on 12/13/2012. (jel, ) (Entered: 12/13/2012) |
| 12/13/2012 | 23 | ORDER granting 10 Motion for Limited Admission Pro Hac Vice for Larry R. Veselka. Signed by Chief Judge Gary L. Sharpe on 12/13/2012. (jel, ) (Entered: 12/13/2012) |
| 12/13/2012 | 24 | ORDER granting 11 Motion for Limited Admission Pro Hac Vice for John W. Keker. Signed by Chief Judge Gary L. Sharpe on 12/13/2012. (jel, ) (Entered: 12/13/2012) |
| 12/13/2012 | 25 | ORDER granting 12 Motion for Limited Admission Pro Hac Vice for Matthew Mickle Werdegar. Signed by Chief Judge Gary L. Sharpe on 12/13/2012. (jel, ) (Entered: 12/13/2012) |
| 12/13/2012 | 26 | TEXT ONLY CLERK'S NOTICE OF DOCKET ENTRY: Orders granting Pro Hac Vice Motions re 23 Order on Motion for Limited Admission Pro Hac Vice, 20 Order on Motion for Limited Admission Pro Hac Vice, 21 Order on Motion for Limited Admission Pro Hac Vice, 25 Order on Motion for Limited Admission Pro Hac Vice, 22 Order on Motion for Limited Admission Pro Hac Vice, 24 Order on Motion for Limited Admission Pro Hac Vice. (Entered: 12/13/2012) |
| 12/13/2012 | 27 | ORDER REASSIGNING CASE. Case reassigned to Lewis A. Kaplan for all further proceedings. Chief Judge Gary L. Sharpe no longer assigned to case. Signed by Chief Judge Gary L. Sharpe on 12/13/12. (tab) (Entered: 12/13/2012) |
| 12/13/2012 | 28 | LETTER BRIEF *TO JUDGE CHRISTIAN HUMMEL* by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger. (Attachments: # 1 Order of Judge Kaplan)(Gray, Justin) (Entered: 12/13/2012) |
| 12/13/2012 | 29 | CERTIFICATE OF SERVICE by Steven Donziger, Donziger &Associates, PLLC, Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje, The Law Offices of Steven R. Donziger re 28 LETTER BRIEF, (Gray, Justin) (Entered: 12/13/2012) |
| 12/20/2012 | 30 | MEMO ENDORSED/ORDER Setting Hearing on Motion 2 MOTION to Quash *and Motion (Memorandum of Law)*, 1 MOTION to Quash : Response to Motion due by 1/15/2013. Signed by Lewis A. Kaplan on 12/19/2012. (jel, ) (Entered: 12/20/2012) |
| 01/02/2013 | 31 | NOTICE of Appearance by Paul DerOhannesian, II on behalf of Chevron Corporation (DerOhannesian, Paul) (Entered: 01/02/2013) |

| | | |
|---|---|---|
| 01/02/2013 | 32 | AMENDED DOCUMENT by Chevron Corporation. Amendment to 31 Notice of Appearance . (DerOhannesian, Paul) (Entered: 01/02/2013) |
| 01/02/2013 | 33 | NOTICE of Appearance by Randy M. Mastro on behalf of Chevron Corporation (Mastro, Randy) (Entered: 01/02/2013) |
| 01/02/2013 | 34 | NOTICE of Appearance by Howard S. Hogan on behalf of Chevron Corporation (Hogan, Howard) (Entered: 01/02/2013) |
| 01/15/2013 | 35 | RESPONSE in Opposition re 2 MOTION to Quash *and Motion (Memorandum of Law) CHEVRON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION OF NON–PARTY JOHN DOE MOVANTS TO QUASH SUBPOENAS TO MICROSOFT, INC. SEEKING IDENTITY AND EMAIL USAGE INFORMATION* filed by Chevron Corporation. (Mastro, Randy) (Entered: 01/15/2013) |
| 01/15/2013 | 36 | RESPONSE in Opposition re 1 MOTION to Quash *CHEVRON CORPORATION'S OPPOSITION TO RICO DEFENDANTS' MOTION TO QUASH SUBPOENA TO MICROSOFT CORPORATION* filed by Chevron Corporation. (Mastro, Randy) (Entered: 01/15/2013) |
| 01/15/2013 | 37 | AFFIDAVIT in Opposition re 1 MOTION to Quash, 2 MOTION to Quash *and Motion (Memorandum of Law) DECLARATION OF REBECCA GRAY ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO MOTIONS TO QUASH A SUBPOENA TO MICROSOFT CORPORATION* filed by Chevron Corporation. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H, # 9 Exhibit(s) I, # 10 Exhibit(s) J, # 11 Exhibit(s) K, # 12 Exhibit(s) L, # 13 Exhibit(s) M)(Mastro, Randy) (Entered: 01/15/2013) |
| 01/16/2013 | 38 | AFFIDAVIT in Opposition re 1 MOTION to Quash *DECLARATION OF ALEXANDER T. MARX ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE RICO DEFENDANTS' MOTION TO QUASH SUBPOENAS TO MICROSOFT CORPORATION* filed by Chevron Corporation. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9)(Mastro, Randy) (Entered: 01/16/2013) |
| 01/16/2013 | 39 | AFFIDAVIT in Opposition re 2 MOTION to Quash *and Motion (Memorandum of Law) DECLARATION OF ALEXANDER T. MARX ON BEHALF OF CHEVRON CORPORATION IN OPPOSITION TO THE NON–PARTY MOVANTS' MOTION TO QUASH SUBPOENAS TO MICROSOFT CORPORATION* filed by Chevron Corporation. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Exhibit(s) 13, # 14 Exhibit(s) 14)(Mastro, Randy) (Entered: 01/16/2013) |
| 01/23/2013 | 40 | ORDER – Movants have requested that the Court set a hearing date on the motions to quash in order to fix the date by which their reply papers will be due. The Court will take the matter on submission unless otherwise ordered and thereby declines to set a hearing date. Reply papers shall be filed and served no later than February 1, 2013. Signed by Lewis A. Kaplan on 1/22/2013. (jel, ) (Entered: 01/23/2013) |
| 01/23/2013 | 41 | ORDER TO SHOW CAUSE – The "John Doe" movants shall show cause, on or before february 6, 2013, why they should not be required to submit to the undersigned affidavits or delcarations revealing to the Court their true identities which will be filed under seal unless and until the Court otherwise orders. The Court well understands that the question whether the "John Does" identies should be revealed to Chevron or more broadly is distinct from the question whether the Court should be so informed and does not intend to address that issue – which is implicated by the pending motion – on this order to show cause. Signed by Lewis A. Kaplan on 1/23/2013. (jel, ) (Entered: 01/23/2013) |
| 02/01/2013 | 42 | REPLY to Response to Motion re 2 MOTION to Quash *and Motion (Memorandum of Law)* filed by JOHN DOE. (Attachments: # 1 Declaration Supplemental of Michelle Harrison, # 2 Declaration of John Doe #2)(Stoltz, Mitchell) (Entered: 02/01/2013) |

| | | |
|---|---|---|
| 02/06/2013 | 43 | RESPONSE TO ORDER TO SHOW CAUSE filed by JOHN DOE. (Attachments: # 1 Declaration of Michelle Harrison, # 2 Certificate of Service)(Stoltz, Mitchell) (Entered: 02/06/2013) |
| 02/13/2013 | 44 | MEMORANDUM AND ORDER – The Court construes Rule 10(a) as requiring that any non–party who files an application for relief in a federal court identify him–, her–, or itself in the initial pleading or motion filed on its behalf. That initial pleading or motion shall be filed publicly in the absence of an order permitting its filing under seaL Pursuant to Federal Rules of Civil Procedure 1, 10(a), and 16(c)(2)(A), (G), (L), and (P), and the inherent power of the Court, the JOHN DOE movants, on or before February 19, 2013, shall submit to the chambers of the undersigned (1) the original, signed declarations they have filed publicly under anonymous names, and (2) an affidavit or declaration identifying each individual or entity on behalf of which the motion to quash has been made. These documents will be filed under seal unless and until the Court otherwise orders. Signed by Lewis A. Kaplan on 2/12/2013. (jel, ) (Entered: 02/13/2013) |
| 02/19/2013 | 45 | NOTICE by JOHN DOE *of Filing In Camera and Under Seal* (Attachments: # 1 Declaration of Nathan Cardozo, # 2 Certificate of Service)(Stoltz, Mitchell) (Entered: 02/19/2013) |
| 02/25/2013 | 46 | ***SEALED DOCUMENT. (jel, ) (Entered: 02/25/2013) |
| 04/04/2013 | 47 | NOTICE of Change of Address for Electronic Frontier Foundation, filed by Mitchell L. Stoltz, Effective Date April 12, 2013. Old Address: 454 Shotwell Street, San Francisco, CA 94110 New Address: 815 Eddy Street, San Francisco, CA 94109 (Stoltz, Mitchell) (Entered: 04/04/2013) |
| 05/13/2013 | 48 | NOTICE by JOHN DOE *Notice of Withdrawal of Marcia Hofmann as Counsel for Plaintiffs and Request for Order Granting Withdrawal* (Hofmann, Marcia) (Entered: 05/13/2013) |
| 05/16/2013 | 49 | MOTION for Limited Admission Pro Hac Vice of Nathan Cardozo Filing fee $100, receipt number 0206–2553710. filed by JOHN DOE. Motions referred to Christian F. Hummel. (Stoltz, Mitchell) (Entered: 05/16/2013) |
| 06/25/2013 | 50 | MEMORANDUM OPINION – The 1 Motion to Quash and 2 Motion to Quash Chevron's subpoena to Microsoft are denied. Signed by Lewis A. Kaplan on 6/25/2013. (jel, ) (Entered: 06/25/2013) |
| 06/25/2013 | 51 | MOTION to Withdraw as Attorney *by Smyser Kaplan & Veselka, L.L.P.* filed by Hugo Gerardo Camacho Naranjo, Javier Piaguaje Payaguaje. (Attachments: # 1 Proposed Order/Judgment) Motions referred to Christian F. Hummel. (Veselka, Larry) (Entered: 06/25/2013) |
| 06/26/2013 | 52 | ORDER – The motion of Smyser Kaplan & Veselka, L.L.P., including Craig Smyser and Larry R. Veselka, for leave to withdraw as counsel for defendants Naranjo and Payaguage is denied as moot in light of the fact that the case now has been decided. Signed by Lewis A. Kaplan on 6/26/2013. (jel, ) (Entered: 06/26/2013) |
| 07/09/2013 | 53 | MOTION for Reconsideration re 50 Order on Motion to Quash, filed by JOHN DOE. (Attachments: # 1 Declaration of John Doe) (Stoltz, Mitchell) (Entered: 07/09/2013) |
| 07/16/2013 | 54 | RESPONSE in Opposition re 53 MOTION for Reconsideration re 50 Order on Motion to Quash, */ CHEVRON CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION OF NON–PARTY JOHN DOE MOVANTS FOR RECONSIDERATION OF THE COURT'S JUNE 25, 2013 ORDER DENYING THE MOVANTS' MOTION TO QUASH SUBPOENA ISSUED TO MICROSOFT* filed by Chevron Corporation. (Mastro, Randy) (Entered: 07/16/2013) |
| 07/18/2013 | 55 | NOTICE OF APPEAL as to 50 Order on Motion to Quash, by JOHN DOE. Filing fee $ 455, receipt number 0206–2620209. (Stoltz, Mitchell) (Entered: 07/18/2013) |
| 07/19/2013 | 56 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 55 Notice of Appeal. (lah) (Entered: 07/19/2013) |

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 24, 2013
Docket #: 13-2784cv
Short Title: Chevron Corporation v. Donziger

DC Docket #: 12-mc-65
DC Court: NDNY (ALBANY)
DC Judge: Kaplan
Hummel

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_     Record on Appeal - Certified List

\_\_\_\_     Record on Appeal - CD ROM

\_\_\_\_     Record on Appeal - Paper Documents

\_XXX\_\_\_     Record on Appeal - Electronic Index

\_\_\_\_     Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8561.