

August 1, 2013

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Chevron v. Donziger, et al.*; No. 13-2784

Dear Ms. Wolfe:

    We represent the Non-Party John Doe Movants/Appellants in the above referenced appeal and write pursuant to Local Rule 31.2 to respectfully request a deadline of October 31, 2013 to file our opening brief. Thank you for your attention to this matter.

    Very truly yours,

    /s/ Mitchell L. Stolz
    Mitchell L. Stoltz
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, CA 94109
    Telephone: (415) 436-9333
    mitch@eff.org

    *Counsel For Non-Party Movants/Appellants*

cc:    All Counsel