UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

1. SEE NOTICE ON REVERSE.      2. PLEASE TYPE OR PRINT.      3. STAPLE ALL ADDITIONAL PAGES

| Case Caption:<br><br>Francine Moccio<br>v.<br>Cornell University, New York School of Industrial & Labor Relations, and Harry C. Katz | District Court or Agency:<br>SDNY | Judge:<br>Paul A. Engelmayer |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>8/28/2012 | District Court Docket No.:<br>09 Civ. 3601 |
| | Date the Notice of Appeal was Filed:<br>9/10/12 | Is this a Cross Appeal?<br>☐ Yes   ☑ No |

| Attorney(s) for Appellant(s):<br>☑ Plaintiff<br>☐ Defendant | Counsel's Name:   Address:   Telephone No.:   Fax No.:   E-mail:<br><br>David Marek, Liddle & Robinson, LLP, 800 Third Avenue, New York, New York 10022 (212) 687-8500; (212) 687-1505; dmarek@liddlerobinson.com |
|---|---|
| Attorney(s) for Appellee(s):<br>☐ Plaintiff<br>☑ Defendant | Counsel's Name:   Address:   Telephone No.:   Fax No.:   E-mail:<br><br>Wendy E. Tarlow, Cornell University, Office of University Counsel, 300 CC Building, Garden Avenue, Ithaca, New York 14853; (607) 255-5124; (607) 255-2794; wet2@cornell.edu |

| Has Transcript Been Prepared?<br>NA | Approx. Number of Transcript Pages:<br>NA | Number of Exhibits Appended to Transcript:<br>NA | Has this matter been before this Circuit previously? ☐ Yes ☑ No<br><br>If Yes, provide the following:<br><br>Case Name:<br><br>2d Cir. Docket No.:               Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

***ADDENDUM "A":*** COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

***ADDENDUM "B":*** COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party            ☑ Diversity | ☑ Final Decision       ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☑ Federal question (U.S. not a party)    ☐ Other (specify): _____ | ☐ Interlocutory Decision Appealable As of Right    ☐ Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) |||
|---|---|---|
| 1. Stage of Proceedings<br>☑ Pre-trial<br>☐ During trial<br>☐ After trial | 2. Type of Judgment/Order Appealed<br>☐ Default judgment<br>☐ Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>☑ Dismissal/FRCP 12(b)(6) failure to state a claim<br>☐ Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>☐ Dismissal/28 U.S.C. § 1915(e)(2) other dismissal<br><br>☐ Dismissal/other jurisdiction<br>☐ Dismissal/merit<br>☐ Judgment / Decision of the Court<br>☑ Summary judgment<br>☐ Declaratory judgment<br>☐ Jury verdict<br>☐ Judgment NOV<br>☐ Directed verdict<br>☐ Other (specify): | 3. Relief<br>☐ Damages:<br>   Sought: $ _____<br>   Granted: $ _____<br>   Denied: $ _____<br>☐ Injunctions:<br>   Preliminary<br>   Permanent<br>   Denied |

| PART C: NATURE OF SUIT (Check as many as apply) |||||
|---|---|---|---|---|
| 1. Federal Statutes | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
| ☐ Antitrust<br>☐ Bankruptcy<br>☐ Banks/Banking<br>☑ Civil Rights<br>☐ Commerce,<br>☐ Energy<br>☐ Commodities<br>☐ Other (specify): _____ | ☐ Communications<br>☐ Consumer Protection<br>☐ Copyright ☐ Patent<br>☐ Trademark<br>☐ Election<br>☐ Soc. Security<br>☐ Environmental<br><br>☐ Freedom of Information Act<br>☐ Immigration<br>☐ Labor<br>☐ OSHA<br>☐ Securities<br>☐ Tax | ☐ Admiralty/ Maritime<br>☑ Assault / Defamation<br>☐ FELA<br>☐ Products Liability<br>☐ Other (Specify): | ☐ Admiralty/ Maritime<br>☐ Arbitration<br>☐ Commercial<br>☑ Employment<br>☐ Insurance<br>☐ Negotiable Instruments<br>☐ Other Specify | ☐ Civil Rights<br>☐ Habeas Corpus<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |
| 5. Other<br>☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): _____<br>☐ Other (specify): _____ || 6. General<br>☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer | 7. Will appeal raise constitutional issue(s)?<br>☐ Yes  ☑ No<br><br>Will appeal raise a matter of first impression?<br>☐ Yes  ☑ No ||

1. Is any matter relative to this appeal still pending below? ☐ Yes, specify: _____  ☑ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A)  Arises from substantially the same case or controversy as this appeal?    ☐ Yes   ☑ No
   (B)  Involves an issue that is substantially similar or related to an issue in this appeal?    ☐ Yes   ☑ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant:

| Date:<br>September 11, 2012 | Signature of Counsel of Record: *[signature] Dan Marvel* |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $455 docketing fee to the United States District Court or the $450 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE:** **IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.