United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 27, 2013
Docket #: 13-556cv
Short Title: Metro Foundation Contractors v. Arch Insurance Company

DC Docket #: 09-cv-6796
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8623.