UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand and thirteen,

_____

Chevron Corporation,

      Plaintiff - Appellee

**ORDER**
Docket No: 13-2784

--------------------------

Non-Party John Doe, simeontegel@hotmail.com, Non-Party John Doe, mey_1802@hotmail.com, Non-Party John Doe, pirancha@hotmail.com, Non-Party John Doe, duruti@hotmail.com,

      Movant - Appellant

------------------------------

Steven Donziger, The Law Offices of Steven R. Donziger, Donziger & Associates, PLLC, Javier Piaguaje Payaguaje, Hugo Gerardo Camacho Naranjo,

      Defendant
_____

    Appellant John Doe, John Doe, John Doe and John Doe has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 31, 2013 as the brief filing date.

    The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

