# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Chevron Corp. v. Donziger                             Docket No.: 13-2784

Lead Counsel of Record (name/firm) or Pro se Party (name): Randy Michael Mastro / Gibson, Dunn & Crutcher LLP

Appearance for (party/designation): Chevron Corporation / Plaintiff-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
(  ) Incorrect.  The following parties do not wish to participate in this appeal:
         Parties: _____
(  ) Incorrect.  Please change the following parties' designations:
         Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: Chevron Corp. v. Berlinger, Nos. 10-1918 (L), 10-1966 (Con); Lago Agrio Plaintiffs v. Chevron Corp., Nos. 10-4341 (L), 10-4405 (Con); Chevron Corp. v. Naranjo, Nos. 11-1150 (L), 11-1264 (Con); In re Naranjo, No. 11-2259; Chevron Corp. v. Donziger, No. 11-2260; Chevron Corp. v. Salazar, No. 11-2732; Chevron Corp. v. Patton Boggs LLP, Nos. 12-1959 (L), 12-1960 (Con); Chevron Corp. v. Rep. of Ecuador, Nos. 12-5005 (L), 12-5031 (Con); Chevron Corp. v. Naranjo, No. 13-332; In re Naranjo, No. 13-772; Chevron Corp. v. Donziger, No. 13-1878

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on April 6, 2010  OR that (  ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Randy M. Mastro
Type or Print Name: Randy M. Mastro
         OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.