# 13-556

## United States Court of Appeals
## For the Second Circuit

--------◆--------

METRO FOUNDATION CONTRACTORS, INC.,
*Plaintiff-Counter-Defendant-Appellant,*

v.

ARCH INSURANCE COMPANY,
*Defendant-Third-Party-Plaintiff-Appellee,*

MARCO MARTELLI & ASSOCIATES, INCORPORATED,
*Defendant-Third-Party-Plaintiff-Appellee,*

MARTELLI REAL ESTATES, INC., MARCO MARTELLI, MADELINE MARTELLI, RONALD KUHLMANN, PATRICK J. QUIGLEY,
*Third-Party Defendants-Counter-Claimants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SPECIAL APPENDIX

MASTROPIETRO-FRADE, LLC
*Attorneys for Defendant-Third-Party Plaintiff-Appellee and Third-Party Defendants-Counter-Claimants-Appellees*
63 Franklin Street
Saratoga Springs, New York 12866
(518) 226-0700

TORRE, LENTZ, GAMELL, GARY
 & RITTMASTER, LLP
*Attorneys for Defendant-Third-Party Plaintiff-Appellee*
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753
(516) 240-8900

BRYAN HA, ESQ.
*Attorney for Plaintiff-Counter-Defendant-Appellant Metro Foundation Contractors, Inc.*
405 Tarrytown Road, Suite 1244
White Plains, New York 10607
(914) 512-5930

# TABLE OF CONTENTS

*Pages*

Order & Judgment Appealed From dated February 11, 2013 ................................................................................................. SPA1-SPA3

Notice of Appeal ............................................................................. SPA4-SPA5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
METRO FOUNDATION CONTRACTORS,
INC.,

          Plaintiff,

    -v-

ARCH INSURANCE COMPANY,

          Defendant.
------------------------------------------------------------ X
ARCH INSURANCE COMPANY,

          Third-Party Plaintiff,

    -v-

MARCO MARTELLI & ASSOCIATES, INC.,
MARTELLI REAL ESTATES, INC., MARCO
MARTELLI, MADELINE MARTELLI,
RONALD KUHLMANN and PATRICK
QUIGLEY,

          Third-Party
          Defendants.
------------------------------------------------------------ X

09 Civ. 6796 (KBF)

**ORDER & JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 3 1 2013

KATHERINE B. FORREST, District Judge:

Having reviewed the parties' damages submissions, the Court finds:

1. Third-party defendants[1] are entitled to one dollar in nominal damages on their first claim for relief against plaintiff Metro Foundation Contractors, Inc. ("Metro").

---

[1] The third-party defendants in this action are Marco Martelli Associates, Inc. (incorrectly captioned as "Marco Martelli & Associates, Inc."), Martelli Real Estate, Inc., Marco Martelli, Madeline Martelli, Ronald Kuhlmann, and Patrick J. Quigley. The Court hereinafter refers to them collectively as "MMA."

2. MMA has not demonstrated that it is entitled to any damages on its second claim for relief against Metro.[2]

3. Under its third and fourth claims for relief against Metro, MMA is entitled to the reasonable attorneys' fees and costs incurred by both MMA and Arch Insurance Company ("Arch") in connection with this matter, excluding any fees on fees.[3] These fees and costs total $187,804.68, including $63,343.50 in fees incurred by MMA, $76,467 in fees incurred by Arch, and $55,000 in costs associated with bonding off a mechanic's lien on the property in issue, less $7,005.82 from the judgment already awarded to MMA.

4. The attorneys' fees submitted by both MMA and Arch are reasonable in light of the length and complexity of this litigation, the billing rate of the attorneys and paralegals, and the number of hours spent litigating this matter.

---

[2] To the extent MMA would be entitled to attorneys fees or costs under this claim for relief, such damages are redundant with its third and fourth claims for relief. To the extent MMA seeks attorneys fees or costs beyond those to which it is entitled under its third and fourth claims for relief, the Court denies those damages as beyond the scope of the indemnification.

[3] Metro argues that the Court should not permit MMA to recover fees from Arch both because they are the fees of a third party and because Arch's invoices outlining those fees were not provided to defendant in response to a document request from MMA. The Court finds both arguments to be unavailing. First, MMA claimed Arch's fees and costs in its third claim for relief (for which the Court already granted MMA judgment on liability), it was granted judgment on liability on that claim for relief, its contract with Metro required Metro to pay all reasonable attorneys fees and costs incurred enforcing the contract, and MMA is damaged to the extent of those fees under its indemnity agreement with Arch. Second, Metro was not entitled to have MMA produce Arch's invoices without showing that MMA had possession of those invoices. The documents Metro sought should have been requested from Arch.

Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that third-party defendants are granted Judgment in the sum of $187,805.68, as against Metro, and that third-party defendants have execution thereon.

The Clerk of Court is directed to terminate the motions at Docket Nos. 109 and 113 and to terminate this action.[4]

SO ORDERED

Dated:   New York, New York
         January 31, 2013

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge

---

[4] Metro filed two Motions in Limine in connection with a hearing on damages that never occurred. The Court nevertheless read them as motions to strike and considered them in arriving at this Order and Judgment. Those motions are resolved as set forth above. To wit: the first motion is GRANTED in part and DENIED in part, and the second motion is DENIED as moot.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
METRO FOUNDATION CONTRACTORS, INC.,

           Plaintiff,

   -against-

ARCH INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------X
ARCH INSURANCE COMPANY,

           Third-Party Plaintiff,

   -against-

MARCO MARTELLI & ASSOCIATES, INC.,
ET AL.,

           Third-Party Defendants.
------------------------------------------------------------X

09-cv-6796 (KBF)

**NOTICE OF APPEAL**

    PLEASE TAKE NOTICE that plaintiff Metro Foundation Contractors, Inc. ("Metro") hereby appeals to the United States Court of Appeals, Second Circuit, from the final order and judgment of the United States District Court, Southern District of New York (Forrest, J.) entered in the above-captioned action on January 31, 2013. This appeal is taken from each and every part of said order and judgment and all prior interlocutory orders and rulings by which Metro is

aggrieved.

Dated: Westchester County, New York
February 11, 2013

                                                   */s/ Bryan Ha*

                                                  BRYAN HA
                                                  Attorney At Law
                                                  405 Tarrytown Road, #1244
                                                  White Plains, New York 10607
                                                  Tel: (914) 512-5930
                                                  Fax: (212) 981-6800
                                                  Attorney for Plaintiff-Appellant
                                                  Metro Foundation Contractors, Inc.