# BRYAN HA

ATTORNEY AT LAW

405 TARRYTOWN ROAD, #1244
WHITE PLAINS, NEW YORK 10607
TELEPHONE: (914) 512-5930   MOBILE: (646) 245-7443   FACSIMILE: (212) 981-6800
E-MAIL: bhanyc@gmail.com

April 16, 2013

**VIA ECF**
Clerk of the Court
United States Court of Appeals
  for the Second Circuit
500 Pearl Street
New York, New York 10007

> Re:   Metro Foundation Contractors, Inc. v. Arch Insurance Company
>       <u>Second Circuit Court of Appeals, Dkt. No.13-556</u>

Dear Sir or Madam:

     I represent Plaintiff-Counter-Defendant-Appellant Metro Foundation Contractors, Inc. ("Metro") in the above-referenced appeal.  I am writing to confirm that Volume 1 of the Joint Appendix filed in connection with the appeal is no more than 300 pages.  Pages 267 through 299 were removed and intentionally left blank.

> Respectfully submitted,
>
> /s/ Bryan Ha
>
> Bryan Ha

cc: Josh Olsen, Esq. (via ECF)
    Lawrence Novak, Esq. (via ECF)