UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand and thirteen,

_____

| | |
|---|---|
| Metro Foundation Contractors Inc., | ORDER |
|     Plaintiff-Counter-Defendant - Appellant, | Docket No: 13-556 |
| v. | |
| Arch Insurance Company, Marco Martelli & Associates, Incorporated, | |
|     Defendant -Third - Party - Plaintiff - Appellees, | |
| Martelli Real Estate, Inc., Marco Martelli, Madeline Martelli, Ronald Kuhlmann, Patrick J. Quigley, | |
|     Third - Party - Defendants - Counter - Claimants - Appellees. | |

_____

APPELLEES, Arch Insurance Company, Ronald Kuhlmann, Marco Martelli & Associates, Incorporated, Madeline Martelli, Marco Martelli, Martelli Real Estate, Incorporated and Patrick J. Quigley, have filed scheduling notifications pursuant to the Court's Local Rule 31.2, setting July 11, 2013 as the brief filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

