NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **USA v. Valle**  Docket No.: **14-4396**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Richard D. Willstatter**

Firm: **Green & Willstatter**

Address: **200 Mamaroneck Avenue, Suite 605, White Plains, New York 10601**

Telephone: **(914) 948-5656**   Fax: **(914) 948-8730**

E-mail: **willstatter@msn.com**

Appearance for: **National Association of Criminal Defense Lawyers**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **DEFENDANT-APPELLANT GILBERTO VALLE**)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **March 11, 2014**   OR

☐ I applied for admission on _____.

Signature of Counsel: *[signature]*

Type or Print Name: **Richard D. Willstatter**