## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand and fourteen.

Before:     Reena Raggi,
            *Circuit Judge,*
_____

Pandora Media, Inc.,

    Petitioner - Appellee,

v.

America Society of Composers, Authors and Publishers,

    Respondent - Appellant,

Universal Music Publishing, Inc., Munger, Tolles & Olson LLP 355 S. Grand Avenue, Floor 35 Los Angeles, CA 90071 (213) 683-9100, Sony/ATV Music Publishing LLC, EMI Music Publishing,

    Intervenors - Appellants.
_____

**ORDER**
Docket No. 14-1158(L)
14-1161(con) 14-1246(con)

Appellant American Society of Composers, Authors and Publishers, through counsel, on behalf of all parties, moves for permission to file the joint appendix and the parties' briefs under seal.

IT IS HEREBY ORDERED that the motion is GRANTED. Attorneys for the parties are directed to electronically file redacted versions of the joint appendix and each parties' brief within 7 days of the date of filing the sealed versions.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

