# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand and thirteen.

Before:      Christopher F. Droney,
                     *Circuit Judge*.

_____

Chevron Corporation,

    Plaintiff-Appellee,

v.

Non-Party John Doe, simeontegel@hotmail.com, Non-Party John Doe, mey_1802@hotmail.com, Non-Party John Doe, pirancha@hotmail.com, Non-Party John Doe, duruti@hotmail.com,

    Movants-Appellants.

_____

**ORDER**
Docket No. 13-2784

    The Appellants have filed an emergency motion seeking a stay of enforcement of the district court's orders of December 9, 2013, pending determination of the merits of this appeal.

    IT IS HEREBY ORDERED that the motion for a stay is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/16/2013