# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

JOHN W. WHITE
EVAN R. CHESLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH

ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON

KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN

BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB

———

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

———

OF COUNSEL
MICHAEL L. SCHLER

June 3, 2015

<u>Certain Funds, Accounts and/or Investment Vehicles Managed by Affiliates of Fortress
Investment Group L.L.C. v. KPMG L.L.P., KPMG International
Cooperative, PricewaterhouseCoopers L.L.P., PricewaterhouseCoopers
International Limited, Appeal No. 14-2838-cv</u>

Dear Ms. Wolfe:

      I write on behalf of PricewaterhouseCoopers International Limited ("PwCIL") in the above-captioned appeal.  After receiving the Notice of Hearing Date from the Court, which allotted PwCIL and PricewaterhouseCoopers LLP ('PwC U.S.") six minutes of argument time each, PwC U.S. has decided to cede all of its argument time to PwCIL.  If this arrangement is agreeable to the Court, that would result in an allocation of twelve minutes for PwCIL.  Counsel for PwC U.S., James Capra, has asked me to state that he will attend the argument and will be available to answer any questions the Court may have.  Please contact me if you have any questions or concerns.

      Respectfully,

      /s/ *Antony L. Ryan*

      Antony L. Ryan

Catherine O'Hagan Wolfe
    Clerk of Court
      United States Court of Appeals for the Second Circuit
        Thurgood Marshall U.S. Courthouse
          40 Foley Square
            New York, New York 10007

By ECF

Copies to:

All counsel of record by ECF

**CERTIFICATE OF SERVICE**

      I, Antony L. Ryan, counsel for PricewaterhouseCoopers International Limited and a member of the Bar of this Court, certify that, on June 3, 2015, a copy of the attached letter was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.


/s/ Antony L. Ryan

Antony L. Ryan