LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

ALLISON B. JONES
(202) 434-5478
ajones@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 12, 2015

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    *Certain Funds, Accounts, and/or Investment Vehicles Managed by Affiliates of Fortress Investment Group LLC* v. *KPMG LLP*, No. 14-2838

Dear Ms. Wolfe:

    Yesterday, appellant submitted a letter informing the Court that it no longer claims to have any interest in the liquidation proceedings in the Cayman Islands that were one of the bases for appellant's discovery petition under 28 U.S.C. § 1782. Appellee KPMG LLP writes to bring to the panel's attention another recent factual development that may be relevant to this appeal.

    Appellant claims that Fortress Investment Group's membership on an AHAB creditors' steering committee makes appellant an "interested person" within the meaning of Section 1782(a), and that it is seeking discovery "for use" by that committee. *See* Br. 28, 35-36, 42. But recent news reports indicate that the work of that committee may be drawing to a close. The committee approved a settlement with AHAB and presented the terms to a broader group of creditors this month. *See* David French, *Saudi's Algosaibi Outlines New Debt Proposal to Creditors*, Reuters, June 2, 2015. The agreement was well received, and, according to a member of the steering committee, any "remaining concerns were about . . . getting Saudi authorities' ratification, rather than the proposals themselves." Frank Kane, *Optimism From All Sides After Al Gosaibi Debt Talks in Dubai*, The National, June 2, 2015.

    The steering committee does not qualify as a foreign or international tribunal for purposes of Section 1782(a), as KPMG LLP has demonstrated. *See* Appellee's Br. 37. But in addition to suggesting that appellant's steering committee arguments may soon be moot, these reports also raise doubts about whether appellant would be able to pursue future claims against

WILLIAMS & CONNOLLY LLP

Clerk of Court
June 12, 2015
Page 2

AHAB, *see* Appellant's Br. 44, as the settlement would presumably require creditors to relinquish all claims against that entity.

      We would appreciate it if you would circulate this letter and attachments to the panel at your earliest convenience.

      Sincerely,

      /s/Allison B. Jones

      Kannon K. Shanmugam
      Allison B. Jones
      Williams & Connolly LLP
      725 12th Street NW
      Washington, DC 20005
      (202) 434-5000

      *Counsel for appellee KPMG LLP*

Enclosures

Cc: All counsel of record via ECF



EDITION: U.S.    SIGN IN | REGISTER    Search Reuters

HOME | BUSINESS | MARKETS | WORLD | POLITICS | TECH | OPINION | BREAKINGVIEWS | MONEY | LIFE | PICTURES | VIDEO

Deals | Tue Jun 2, 2015 10:44am EDT     Related: BANKRUPTCY, FINANCIALS

# Saudi's Algosaibi outlines new debt proposal to creditors

\* Saudi conglomerate proposes 28 cents on every dollar owed

\* Aims to end one of biggest M. East debt restructurings

By David French

DUBAI, June 2 (Reuters) - Saudi Arabian family conglomerate Ahmad Hamad Algosaibi and Brothers (AHAB) is offering creditors a minimum return of 28 cents on every dollar owed under an enhanced proposal to end one of the Middle East's largest ever debt restructurings.

The group with interests in hospitality, food and real estate among others, collapsed in 2009 along with Saad Group, a separate Saudi business empire led by Maan al-Sanea. Since then, the two have been battling over who was to blame for the issues affecting their conglomerates.

AHAB has around 22.5 billion riyals ($6 billion) in direct liabilities to banks and financial institutions, it disclosed in May 2014, when it made an initial offer to creditors of a minimum of 20 cents on every dollar owed.

The new proposal has been approved by a five-member committee charged with negotiating on behalf of creditors and it was outlined to the wider creditor group at a meeting in Dubai on Tuesday.

Under the plan, AHAB will offer a higher return by pledging a real estate portfolio worth 3.4 bln riyals to creditors and its minority stake in a joint venture firm in Saudi Arabia worth 300 million riyals, on top of an equities portfolio worth around 2.7 billion riyals, acting AHAB chief executive Simon Charlton told reporters on the sidelines of the meeting.

In the earlier proposal, AHAB's real estate assets were to be used as collateral for a minimum level of debt recoveries.

AHAB would then increase its return to creditors through potential recoveries from litigation against Sanea and companies controlled by him, Charlton said, as it had intended to under the existing plan.

Sanea and his lawyers have consistently rejected claims of wrongdoing made by AHAB.

The new proposal would see all potential recoveries up to 6 billion riyals given to creditors, with the split 70/30 in favour of creditors on amounts between 6-10 billion riyals and 60/40 in favour of creditors on any cash above 10 billion riyals in recoveries.

TRENDING ON REUTERS

Manhunt for escaped New York inmates expands to Vermont | VIDEO    1

Cheap, synthetic 'flakka' dethroning cocaine on Florida drug scene    2

Obama orders more troops to Iraq to guide fightback against Islamic State | VIDEO    3

Merkel and Hollande to tell Tsipras to reach terms with creditors | VIDEO    4

Putin is a 'bully,' U.S. needs to respond resolutely: Jeb Bush | VIDEO    5

If potential recoveries don't reach 2.5 billion riyals within three years, AHAB loses control over the joint venture minority stake. However, if the firm achieves recoveries worth 5 billion riyals inside five years, AHAB will get back half the land portfolio.

At the point of agreement being completed with creditors, the partners in AHAB will disclose their personal assets to the creditor group, in an effort to enhance transparency over AHAB's finances, Charlton added.

The steering committee comprises Arab Banking Corp , BNP Paribas, Emirates NBD, Fortress Investment Group and Standard Chartered . ($1 = 3.7502 riyals) (Editing by Susan Fenton)

**Sponsored Financial Content** ☑ (?)

- A credit card is offering an amazing 6% cash back  *Next Advisor*
- This Extremely Brilliant Way to Pay Off Mortgage Has Banks On Edge  *Bills.com*
- Industry experts share investing ideas and insights for what's ahead.  *Fidelity InsideOut*
- What your Annuity Salesman wants to keep a secret. Gain insights now.  *Fisher Investments*
- 1 little-known Apple supplier holds nearly unlimited growth potential  *The Fool*

**PHOTOS OF THE DAY**



Our top news photos from the last 24 hours.
Slideshow »

Almost human animals

Cleared for landing

Squeezed out in Rio

New York prison break

**More From Reuters**

- When the Supreme Court is this wrong, it's time to overrule them  | 2 Jun
- Biden chokes up as he goes toe to toe with Palin on family challenges  | 31 May
- Second anchoring rod in San Francisco Bay Bridge fails key test  | 28 May
- $1 million bail for California woman charged in road rage death of Navy officer  | 2 Jun
- Sink or sell? Russia spat leaves France with warships to spare  | 2 Jun

**Sponsored Financial Content** ☑ (?)

- 7 Outrageous Credit Cards For Those Of Us That Have Excellent Credit  *Next Advisor*
- 5 Pre-IPO Companies You Need to Know Now [Video]  *Agora Financial*
- Find out which 3 stocks are priming to take over as cable TV dies  *The Fool*
- Few have heard of this indicator but it's flagged 71 winners this year  *Profitable Trading*
- 5 Tech Stocks to Buy for the Dividends  *InvestorPlace*

**RECOMMENDED VIDEO**

The golden path to flashing cash in China

Inspectors find ruptured California pipeline badly corroded

Police and Nationalists clash in eastern Turkey

Woolmer's body flown South Africa

**From The Web**                                           Sponsored Links by Taboola


The App That Will Make You Never Want a Human Financial…
*Mint | Future Advisor*


How Long Does LASIK Last?
*LASIK Surgeons Blog*


These Rarely Seen Historical Photos are Pretty Unnerving
*Buzzlamp*


The Worst 15 New Cars of 2015
*FORBES*


Read 7 Reasons Why Glasses Should be Bought Online
*GlassesUSA.com*


Khaleesi Is the Queen of Going-Out Tops
*The Cut*

**SPONSORED TOPICS**     Advertisement

1. Best Retirement Communities
2. 2015 Best SUVs
3. Reverse Mortgage Calculator
4. Best Pickup Trucks
5. Cars to Buy in 2015
6. Best CD Rates

Case 14-2838, Document 122, 06/12/2015, 1531730, Page5 of 7



Representatives of AHAB, from left, Mohamed Al Ghamdi, Hamad Al Gosaibi and Mohamed Al Gosaibi before the creditors meeting in Dubai. Pawan Singh / The National

# Optimism from all sides after Al Gosaibi debt talks in Dubai

Frank Kane

June 2, 2015  Updated: June 3, 2015 10:03 AM



**Related**

- Saudi banks are missing in bid to end Al Gosaibi debt saga
- New Al Gosaibi debt deal offer 25 per cent higher than previous proposal
- Al Gosaibis make offer to end long legal battle
- Al Gosaibi family strikes initial deal with creditors to settle dispute over $6bn debt
- Al Gosaibi family spat may test waters

International and regional banks have given a cautious welcome to new proposals to settle a six year dispute over more than US$6 billion of debts owed by the Al Gosaibi business family of Saudi Arabia.

A "claimants meeting" in Dubai yesterday heard the details of a fresh offer from Ahmad Hamed Al Gosaibi & Brothers (AHAB), the partnership that owns the family businesses.

The new deal on offer guarantees a minimum of about 28 cents repayment for each dollar owed by the heavily indebted family, backed by equity and property assets. This was an improvement of about 40 per cent on proposals last year. Depending on recoveries from continuing litigation in the affair, the eventual return to creditors could reach 50 cents.

The Al Gosaibi businesses crashed in 2009 in a financial crisis the family blamed on a relative by marriage, Maan Al Sanea, whom they accused of fraud, theft and forgery. Mr Al Sanea has denied all the accusations made against him in courts around the world.

The steering committee of five banks representing about 60 per cent of the overall debt by value has already given its approval to the new terms. None of the 11 Saudi Arabia creditors who hold most of the balance attended the full-day meeting.

"This gives the best opportunity so far for creditors to maximise recovery of their claims, and I'm confident it will be supported," said Joseph Julian, managing director of the US financial firm Houlihan Lokey, which advises the steering banks.

A member of the steering committee said the proposals had been well received and that remaining concerns were about bringing Saudi creditors into the process and getting Saudi authorities' ratification, rather than the proposals themselves.

The mood after the meeting was more positive than any of the previous attempts to settle the debt issue. There have been at least four previous presentations to creditors in Dubai.

One executive from a Kuwaiti bank, who did not wish to be named, said: "What we heard today was good. We need to see more detail and the formal paperwork, but so far it was good."

A creditor from a western bank, who also declined to be identified, said: "Realistically, you won't do much better, so we may as well agree to the new terms and move on."

Another anonymous banker said: "The tone was much more positive and there is a momentum to the process. The questions are now about how the settlement will work."

Simon Charlton, the chief executive of AHAB, who made the presentation to the banks, voiced his own optimism.

"I'm happy with how it went and I'm quietly confident, but nervous," he said.

"There's a long way to go but maybe this is the beginning of the end. The banks aren't getting all they wanted, and the family is handing over more than they wanted. But it's the sign of a good settlement that nobody is entirely happy."

Several members of the younger generation of the Al Gosaibi family, who are not covered by a travel ban restricting the movements of AHAB partners, attended the Dubai meeting.

They will inherit a much diminished set of operating businesses if the deal goes through.

The 19 partners of AHAB have also pledged to creditors to disclose all their personal assets.

An AHAB executive explained this was to ensure a "spirit of transparency in the process".

Some creditors have suggested that family members might be tempted to hide certain assets, which has been denied by AHAB. "This was important as a sign of goodwill," said a banker.

Case 14-2838, Document 122, 06/12/2015, 1531730, Page7 of 7

Under the new terms, AHAB will hand over all of its equity portfolio, valued at 2.65bn Saudi riyals (Dh2.59bm), to creditors as the first part of a settlement process that could take years.

It will also pledge its 3.5bn riyal property portfolio – mainly undeveloped land – as guarantee for future recoveries.

It is also handing over a stake in an unnamed operating company – valued at 300 million riyals by AHAB – as guarantee of recoveries.

Under a complicated formula, AHAB will be able to get some of the land portfolio back if recoveries from Mr Sanea and other parties reach certain levels over the next five years.

If the amount recovered hits 5bn riyals, AHAB will get half the land back. If recoveries bring back only 2.5bn riyals, the stake in the operating company will revert to the family.

"The family is putting nearly 90 per cent of its assets at risk, which is a sign that they want this matter settled. To prolong it is only benefiting the lawyers," an AHAB executive said.

AHAB is in early talks with some of the Saudi banks in a bid to swing some of them in line with the international creditors.

One option is to ask the Saudi legal authorities to force local banks to accept the new terms, assuming they are finally approved by other creditors.

fkane@thenational.ae

Follow The National's Business section on Twitter

Add your comment
View all comments

### Related

Saudi banks are missing in bid to end Al Gosaibi debt saga



New Al Gosaibi debt deal offer 25 per cent higher than previous proposal

Al Gosaibis make offer to end long legal battle



Al Gosaibi family strikes initial deal with creditors to settle dispute over $6bn debt

**More Banking**    MOST VIEWED    Business|All