LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

ALLISON B. JONES
(202) 434-5478
ajones@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 18, 2015

### VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re: *Certain Funds, Accounts and/or Investment Vehicles Managed by Affiliates of Fortress Investment Group LLC v. KPMG LLP, et al.*, No. 14-2838

Dear Ms. Wolfe:

On June 18, 2015, the Court held oral argument on the above-referenced appeal. I am writing to request a copy of the CD of this oral argument. I am transmitting the $30.00 fee via the CM/ECF system.

Please mail the CD to:

Allison B. Jones
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Respectfully submitted,

/s/ Allison B. Jones

ALLISON B. JONES  
WILLIAMS & CONNOLLY LLP  
*725 Twelfth Street, N.W.*  
*Washington, DC 20005*  
*(202) 434-5000*

Cc: All counsel (via ECF)