# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3539

**Caption [use short title]**

**Motion for:** Voluntary Dismissal with Prejudice

In re Citigroup Inc. Securities Litigation

Set forth below precise, complete statement of relief sought:

Dismissal with prejudice of Case No. 13-3539.

Order that parties bear their own costs.

**MOVING PARTY:** Theodore Frank        **OPPOSING PARTY:** _____

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Theodore H. Frank        **OPPOSING ATTORNEY:** Peter S. Linden

[name of attorney, with firm, address, phone number and e-mail]

Center for Class Action Fairness
1718 M Street NW, No. 236, Washington, DC 20036
tfrank@gmail.com
703.203.3848

Kirby McInerney LLP
825 Third Avenue, New York, NY 10022
plinden@kmllp.com
212.371.6600

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York (Stein, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes   ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
/s/ Theodore Frank      **Date:** Dec. 19, 2013      Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____      By: _____

**Form T-1080** (rev. 7-12)

NO. 13-3539

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

IN RE CITIGROUP INC. SECURITIES LITIGATION

On Appeal from the United States District Court
for the Southern District of New York, No. 01:07-CV-9901 (SHS)

Motion by Objector-Appellant Theodore H. Frank
for Voluntary Dismissal With Prejudice

Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, D.C. 20036
(703) 203-3848

On September 16, 2013, objector-appellant Theodore Frank appealed from the district court's Order on Attorneys' Fees (No. 07-CV-9901, Docket No. 275) and from the district court's Final Judgment and Order of Dismissal With Prejudice (No. 07-CV-9901, Docket No. 276), and all opinions and orders that merged therein.

Mr. Frank wishes to voluntarily dismiss his appeal with prejudice. Fed. R. App. Proc. 42(b). Neither Mr. Frank nor any affiliated entity have received any compensation for dismissing this appeal. The appellees have agreed to this dismissal, and all parties have agreed to bear their own costs in connection with Frank's appeal.

For the foregoing reasons, Mr. Frank requests that this Court dismiss his appeal with prejudice with an order that the parties bear their own costs.

Dated:  December 19, 2013                Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Telephone:  (703) 203-3848
Email:  tfrank@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Second Circuit using the CM/ECF system, which will provide notification to persons registered for electronic filing.

Executed on December 19, 2013.

                                          */s/ Theodore H. Frank*
                                          Theodore H. Frank
                                          CENTER FOR CLASS ACTION FAIRNESS
                                          1718 M Street NW, No. 236
                                          Washington, DC 20036
                                          Telephone: (703) 203-3848
                                          Email: tfrank@gmail.com