# CONSTANTINE | CANNON

**Seth D. Greenstein**
202-204-3514
sgreenstein@constantinecannon.com

NEW YORK | WASHINGTON | LONDON

January 27, 2014

**FILED VIA PACER - ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Autohop Litigation – Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al.*
             No. 13-3573-cv

Dear Ms. Wolfe,

    Please be advised that on January 24, 2014 we attempted an electronic filing of *Brief Amicus Curiae of Computer & Communications Industry Association and Consumer Electronics Association in Support of Plaintiff-Appellee*. Due to network issues that affected the U.S. Courts nationally, however, CM/ECF and PACER were unavailable and we could not complete the electronic filing. Therefore, pursuant to Local Rule 25.2, we emailed the brief to the Civil Division's electronic mailbox and served counsel for appellant and appellee by email on that date.

    Now that the court's electronic filing system has been restored, we are filing the brief in the above-referenced docket as of the date of this letter. Thank you for your assistance, and please contact the undersigned with any questions.

                                 Very truly yours,

                                 */s/ Seth D. Greenstein*

                                 Seth D. Greenstein

288858.1