# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand and fourteen,

_____

| | |
|---|---|
| In Re: Vitamin C Antitrust Litigation | **ORDER** |
| ********************************************* *** | Docket No. 13-4791 |

Animal Science Products, Inc., The Ranis Company, Inc.,

           Plaintiffs - Appellees,

v.

Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corporation,

           Defendants - Appellants.

_____

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Thursday, December 11, 2014, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

