**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

PAUL H. SCHOEMAN
PARTNER
PHONE 212-715-9264
FAX 212-715-8064
PSchoeman@KRAMERLEVIN.COM

November 25, 2014

VIA E-FILE

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for
 the Second Circuit
40 Foley Square
New York, New York 10007

> Re: *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*; Appeal Number 12-4671(lead case); Appeal Number 14-606 (consolidated)

Dear Ms. O'Hagan Wolfe:

We write respectfully on behalf of our client, Appellant Wal-Mart Stores, Inc. ("Wal-Mart"), to notify the Court that, consistent with the Court's previous scheduling orders, Wal-Mart joins in (a) the Merchant Appellants' Joint Reply Brief and (b) the Merchant Trade Groups' Reply Brief being filed by Appellants the National Retail Federation and the Retail Industry Leaders Association.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Paul H. Schoeman

1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

Catherine O'Hagan Wolfe
November 25, 2014
Page 2

                                                James F. Bennett
                                                John D. Comerford
                                                DOWD BENNETT LLP
                                                7733 Forsyth Blvd., Suite 1900
                                                St. Louis, Missouri 63105
                                                Tel: (314) 889-7300

                                                *Attorneys for Appellant Wal-Mart Stores, Inc.*